# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LEHMANN, III,
GUSTAVE J. LEHMANN, IV.,
NATALIE A. DEWEY, AND SHAUN
MICHAEL LEHMANN

VERSUS

LAPORTE TRUCKING COMPANY,
LLC, NATIONAL CASUALTY
INSURANCE, AND STATE OF
LOUISIANA, THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2025 CW 0651

NOVEMBER 14, 2025

---

In Re:     State of Louisiana, Through Department of Transportation
           and Development, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           2018-13103.

---

BEFORE:  MILLER, EDWARDS, AND FIELDS, JJ.

WRIT DENIED.

                         SMM
                         BDE
                         WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT